## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| David Bizimana, individually, and as Next Of Kin and Heir of Gavin Bizima; Beza Umutoni, individually, and as Next of Kin And Heir of Gavin Bizima,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ND Renaissance Apartments, LLC; Weidner Investment Services, Inc.; John Doe Property Management Company; Architecture Advantage, LLC; Melissa M. Graftaas, in her professional capacity as Licensed Architect of the Renaissance Heights Apartment Home Community; and Thermo-Tech Windows, LLC,<br><br>　　　　　Defendants. | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br><br><br><br>Case No. 1:23-cv-00241 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on September 30, 2024, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 27th day of February, 2024.

　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court