IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| David Bizimana, individually, and as Next Of Kin and Heir of Gavin Bizima; Beza Umutoni, individually, and as Next of Kin And Heir of Gavin Bizima,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ND Renaissance Apartments, LLC; Weidner Investment Services, Inc.; Weidner Property Management LLC; Architecture Advantage, LLC; Melissa M. Graftaas, in her professional capacity as Licensed Architect of the Renaissance Heights Apartment Home Community; Thermo-Tech Windows, LLC; and Lumber One Avon Inc.,<br><br>　　　　Defendants. | **ORDER**<br><br><br><br><br><br><br><br>Case No.  1:23-cv-241 |

On June 2, 2025, the court held a mid-discovery status conference in the above-captioned action. For the reasons discussed above, the court shall reschedule the final pretrial conference and jury trial as follows:

(1) The final pretrial conference on January 20, 2026, shall be rescheduled for April 21, 2026, at 9:00 AM by telephone.  To participate, the parties should call (571) 353-2301 and enter 292466149 follows by # when prompted for the "Call ID."

(2) The jury trial on February 2, 2026, shall be rescheduled for May 4, 2026, at 9:00 AM in Bismarck (Eagle Courtroom) before Judge Hovland.  A seven (7) day trial is anticipated.

1

**IT IS SO ORDERED.**

Dated this 2nd day of June, 2025.

<u>*/s/ Clare R. Hochhalter*</u>
Clare R. Hochhalter, Magistrate Judge
United States District Court
